■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NATHAN LEMLER, Appellant.—Appeal by defendant (by permission) from an order of the County Court, Nassau County, entered September 10, 1976, which denied his motion to vacate a judgment of the same court, rendered April 17, 1974. Order affirmed on the opinion of Judge Morrison of the County Court. Martuscello, J. P., Latham, Shapiro and O'Connor, JJ., concur.